UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
|     Cristiano Zuin | : | Chapter 13 |
| | : | |
| Debtor (s) | : | Case No.: 23-11868 AMC |

O R D E R

AND NOW, this 26th day of June, 2023, upon consideration of the Motion for Expedited Hearing on Debtor's Motion to Impose the Automatic Stay ("Motion"), it is hereby;

ORDERED and DECREED that, based upon the Debtor's prior three bankruptcies during the past few years which each lasted less than six months, including the two most immediate filings which each were dismissed after only a few months, the late filing of this Motion (the Debtor must have known for months that the foreclosure sale of Debtor's real property was scheduled for June 28, 2023 but did nothing and filed this bankruptcy case two days before such sale) and the Court's inability to schedule a hearing on the Motion without giving the secured creditor sufficient time to prepare and respond to the Motion, the Court finds that this bankruptcy filing was filed in bad faith and, as a result, hereby enters this Order denying the Motion.

_____
HONORABLE ASHELY M. CHAN
U.S. BANKRUPTCY JUDGE