*Form OL241* (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: ) | |
|    Cristiano Zuin ) | Case No. 23−11868−amc |
| ) | |
| ) | |
|    Debtor(s). ) | Chapter: 13 |
| ) | |
| ) | |

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 7, 2023, this case is hereby DISMISSED.

**Date: July 28, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Attorney Disclosure Statement
Schedules A/B−J
Ch 13 Income Form 122C−1
Summery Assets & Liability
Statement of Financial Affairs
Means Test Calculation 122C−2
Chapter 13 Plan