United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 23-11868-amc |
| Cristiano Zuin | Chapter 13 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 2 |
| Date Rcvd: Jul 28, 2023 | Form ID: pdf900 | Total Noticed: 15 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jul 30, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Cristiano Zuin, 59 Crooked Billet Rd, Hatboro, PA 19040-3911 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Jul 28 2023 22:57:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jul 28 2023 22:57:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14793184 | ^ | MEBN | Jul 28 2023 22:55:58 | Diversified Adjustment Services, Inc, Attn: Bankrupcty, Po Box 32145, Fridley, MN 55432-0145 |
| 14793185 | ^ | MEBN | Jul 28 2023 22:56:02 | Diversified Adjustment Services, Inc, 600 Coon Rapids Bv, Coon Rapids, MN 55433-5549 |
| 14794833 | + | Email/Text: RASEBN@raslg.com | Jul 28 2023 22:57:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14793186 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 28 2023 22:57:00 | Kohls/Capital One, Attn: Credit Administrator, Po Box 3043, Milwaukee, WI 53201-3043 |
| 14793187 | + | Email/Text: PBNCNotifications@peritusservices.com | Jul 28 2023 22:57:00 | Kohls/Capital One, Po Box 3115, Milwaukee, WI 53201-3115 |
| 14793188 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2023 23:08:57 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 14793189 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Jul 28 2023 23:08:54 | Portfolio Recovery Associates, LLC, 140 Corporate Blvd, Norfolk, VA 23502 |
| 14793190 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 28 2023 22:57:00 | Rocket Mortgage, Attn: Bankruptcy, 1050 Woodward Avenue, Detroit, MI 48226-3573 |
| 14793191 | + | Email/Text: bankruptcyteam@quickenloans.com | Jul 28 2023 22:57:00 | Rocket Mortgage, 1050 Woodward Ave, Detroit, MI 48226-3573 |
| 14802696 | ^ | MEBN | Jul 28 2023 22:56:17 | Rocket Mortgage, LLC, C/O KML Law Group PC, 701 Market Street Suite 5000, Philadelphia, PA. 19106-1541 |
| 14793193 | + | Email/Text: dbogucki@trumark.org | Jul 28 2023 22:57:00 | Trumark Financial Credit Union, 335 Commerce Dr, Fort Washington, PA 19034-2701 |
| 14793192 | + | Email/Text: dbogucki@trumark.org | Jul 28 2023 22:57:00 | Trumark Financial Credit Union, Attn: |

Bankruptcy, 335 Commerce Dr, Fort Washington, PA 19034-2701

TOTAL: 14

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Jul 30, 2023    Signature:    /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on July 28, 2023 at the address(es) listed below:

| Name | Email Address |
| --- | --- |
| KENNETH E. WEST | ecfemails@ph13trustee.com philaecf@gmail.com |
| MARK A. CRONIN | on behalf of Creditor Rocket Mortgage LLC f/k/a Quicken Loans, LLC bkgroup@kmllawgroup.com |
| PAUL H. YOUNG | on behalf of Debtor Cristiano Zuin support@ymalaw.com ykaecf@gmail.com,paullawyers@gmail.com,pyoung@ymalaw.com;youngpr83562@notify.bestcase.com,tkennedy@ymalaw.com,lesliebrown.paralegal@gmail.com,cmccullough@ymalaw.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

Form OL241 (3/23)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  )
    Cristiano Zuin  )  Case No. 23−11868−amc
 )
 )
    Debtor(s).  )  Chapter: 13
 )
 )

## ORDER

AND NOW, it is ORDERED that since the debtor(s) have failed to timely file the documents required by the order dated July 7, 2023, this case is hereby DISMISSED.

**Date: July 28, 2023**

_____
Ashely M. Chan
Judge, United States Bankruptcy Court

Missing Documents:
Attorney Disclosure Statement
Schedules A/B−J
Ch 13 Income Form 122C−1
Summery Assets & Liability
Statement of Financial Affairs
Means Test Calculation 122C−2
Chapter 13 Plan